IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDWARD STANDRIDGE, as PERSONAL**
**REPRESENTATIVE OF THE ESTATE OF**
**STEVE STANDRIDGE, Deceased**                                    **PLAINTIFF**

**v.**                           **Case No. 4:23-cv-00165 KGB**

**FAULKNER COUNTY, ARKANSAS,** *et al.*                           **DEFENDANTS**

## ORDER

Before the Court is defendants Turn Key Health Clinics, LLC, Anthony Carter, Faulkner County, Arkansas, Scott Huffman, and Tim Ryals' joint motion to stay all remaining scheduling order deadlines and trial, pending rulings on dispositive motions. The Court grants the joint motion for stay, staying all unexpired pretrial deadlines and removing the case from the current trial calendar. The pending motions, including the pending motions for summary judgment, remain under advisement (Dkt. Nos. 55, 58, 61, 67, 81, 88, 89). If necessary, after ruling on the pending motions, the Court will enter an amended Final Scheduling Order.

It is so ordered this 11th day of September, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge